**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**William Junior JACOBS, a/k/a Boogie,**
**Defendant—Appellant.**

No. 09–7714.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 13, 2010.

Decided: Jan. 25, 2010.

William Junior Jacobs, Appellant pro se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Junior Jacobs seeks to appeal the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Jacobs,* No. 3:03–cr–00036–FDW–1 (W.D.N.C. July 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*